THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In The Interest Of: Rodriquez P.,       
Appellant.
 
 
 

Appeal From Bamberg County
Dale Moore Gable, Family Court Judge

Unpublished Opinion No. 2004-UP-326
Submitted March 19, 2004  Filed May 
 14, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Rodriquez pled guilty 
 to second-degree burglary and disturbing a school.  The family court committed 
 him to the Department of Juvenile Justice for an indeterminate period not to 
 exceed his twenty-first birthday.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Rodriquezs counsel attached a petition to be relieved.  
 Rodriquez did not file a pro se response. 
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Rodriquezs appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.